IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LOS ALAMOS STUDY GROUP,

       Plaintiff,                    No. CIV-10-0760 JCH/ACT

v.

UNITED STATES DEPARTMENT OF
ENERGY; THE HONORABLE STEPHEN
CHU, in his official capacity as SECRETARY,
DEPARTMENT OF ENERGY;
NATIONAL NUCLEAR SECURITY
ADMINISTRATION; THE HONORABLE
THOMAS PAUL D'AGOSTINO, in his
Capacity as ADMINISTRATOR,
NATIONAL NUCLEAR SECURITY ADMINISTRATION,

       Defendants.

**ORDER**

THIS MATTER comes before the Court on Defendants' Motion for Leave to file a Three-Page Surreply to Plaintiff's Reply on Motion to Compel ("Defendants' Motion") [Doc. 49]. Defendants' Motion is opposed by the Plaintiff. [*Id.* at p. 3.]

The undersigned has reviewed the Plaintiff's Opposed Motion to Compel Defendants' Counsel to Participate in a Conference of the Parties under Rule 26(f)(1) and for the Issuance of a Scheduling Order under Rule 16 ("Motion to Compel") [Doc. 46], Federal Defendants' Response in Opposition [Doc. 47] and Plaintiff's Reply. [Doc. 48.] Further briefing on this matter is not necessary.

**THEREFORE, IT IS ORDERED** that Defendants' Motion for Leave to file a Three-Page Surreply to Plaintiff's Reply on Motion to Compel is DENIED.

_____
**ALAN C. TORGERSON**
**United States Magistrate Judge**